**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NEW ENGLAND GREENS, LLC ET AL,<br>Defendants. | :<br>:<br>:<br>:  Civil Action No. 3:24-cv-1562<br>:<br>:<br>: |

**ORDER GRANTING MOTION FOR
INVESTMENT OF REGISTRY FUNDS FOR THE
COURT REGISTRY INVESTMENT SYSTEM (CRIS) (28 U.S.C. § 2045)**

WHEREAS, pursuant to 28 U.S.C. § 2045 and Rule 67 of the Federal Rules of Civil Procedure, the Defendant, New England Greens LLC, in the above captioned case wishes to deposit the sum of $9,000.00 with the Clerk of Court,

IT IS HEREBY ORDERED:

1. The Clerk of Court shall accept a check made payable to "Clerk, U.S. District Court" in the sum of $9,000.00 from Defendant, New England Greens LLC.

2. Upon receipt of the check, the Clerk of Court shall deposit the funds into The United States Treasury to be invested in The Court Registry Investment System (CRIS), the investment management tool of the Administrative Office of the United States Courts.

3. The funds shall be placed in an interest-bearing account in the name of the case titled USA v. New England Greens, LLC et al, Civil Action No. 3:24-cv-1562.

4. The Administrative Office of the United States Courts shall administer the funds and charge fees under the Court Registry Investment System (CRIS), in accordance with this Court's Order Regarding Deposit and Investment of Registry Funds entered December 1, 2016.

5. The funds deposited with The Court Registry Investment System shall remain

on deposit until further order of the Court.

IT IS SO ORDERED.

Dated this ___6th___ day of ___February___, __2025__ at ___Hartford___, Connecticut.

_____
Omar A. Williams
Digitally signed by Omar A. Williams
Date: 2025.02.06 01:33:09 -05'00'

United States District Judge